| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| FREDERICK WILLIAMS | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 1:16-CV-485 |
| | § | |
| PORT ARTHUR POLICE DEPT. | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On November 23, 2016, Defendant Port Arthur Police Department removed this case from Justice Court Precinct No. 8 of Jefferson County, Texas. Doc. No. 1. Plaintiff Frederick Williams' original complaint alleged the following causes of action against the Defendant: "False Imprisonment, Racial Discrimination, Civil Rights Violation, Corruption, Falsifying Police Reports, Harassment, Slander, Deformation [sic] of Character." Doc. No. 2.

On November 23, 2016, the Court referred the case to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters pursuant to a General Order. The Court has received and considered the report (Doc. No. 21) of the magistrate judge, who recommends that the Court grant the Defendant's Motion for Summary Judgment (Doc. No. 17) and dismiss the case with prejudice because there is no genuine dispute of material fact regarding Williams' § 1983 claims and state law tort claims. No objections to the report and recommendation have been filed.

It is, therefore, **ORDERED** that the report and recommendation of the magistrate judge (Doc. No. 21) is **ADOPTED**. It is further **ORDERED** that the Plaintiff's claims are **DISMISSED** with prejudice.

A final judgment will be entered separately.

SIGNED at Beaumont, Texas, this 5th day of January, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE